No. 03–475. CHENEY, VICE PRESIDENT OF THE UNITED STATES, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 1088.] In accordance with its historic practice, the Court refers the motion to recuse in this case to JUSTICE SCALIA.

No. 03–7564. WHITE *v.* MACK ET AL. Ct. App. Ohio, Allen County. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1148] denied.

No. 03–8342. DARBY *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 9th Cir.; and

No. 03–8346. IN RE COOPER. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 22, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 03–8736. IN RE SANDOVAL; and

No. 03–8790. IN RE RUSH. Petitions for writs of habeas corpus denied.

No. 03–975. IN RE LYONS;

No. 03–8359. IN RE SIMMONS; and

No. 03–8593. IN RE BULLOCK. Petitions for writs of mandamus denied.

No. 03–636. JOHNSON *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted. 

No. 03–931. FLORIDA *v.* NIXON. Sup. Ct. Fla. Certiorari granted. 

No. 03–878. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, PORTLAND, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* SUAREZ MARTINEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, case consolidated with No. 03–7434, *Benitez v. Mata, Interim Field Office Director, Miami, Immigration and Customs Enforcement* [certiorari granted, *ante*, p. 1147], and a total of one hour allotted for oral argument.